UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
NATIONAL SPECIALTY INSURANCE  :
COMPANY,                       :
                               :
                      Plaintiff,   :         24-cv-3625 (VSB)
                               :
         -against-    :         **ORDER**
                               :
JAMES GANG CHARTERS, LLC and   :
JESSE MAYER,                   :
                               :
                   Defendants.   :
                               :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       On August 12, 2024, Defendants James Gang Charters, LLC and Jesse Mayer served their answer, affirmative defenses and counterclaim on Plaintiff National Specialty Insurance Company. (Doc. 14.) Pursuant to the Federal Rule of Civil Procedure 12(a)(1)(B), Plaintiff had 21 days after being served to respond to the counterclaim. However, Plaintiff has failed to do so. Accordingly, it is hereby ordered that Plaintiff shall respond to the counterclaim by September 10, 2024.

SO ORDERED.

Dated: September 4, 2024
       New York, New York

                                                                       Vernon S. Broderick
                                                                       United States District Judge