UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
NATIONAL SPECIALTY INSURANCE :
COMPANY, :
:
                           Plaintiff, :         24-cv-3625 (VSB)
:
            -against- :         **ORDER**
:
JAMES GANG CHARTERS, LLC and :
JESSE MAYER, :
:
                      Defendants. :
:
---------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      On October 9, 2024, I entered an order staying the above-captioned case pending the outcome of the appeal of Jesse Mayer's criminal conviction in Florida, which involves the same underlying incident as this case. (Doc. 24.) In accordance with that stay, the telephonic conference scheduled for April 15, 2025 at 2:00 pm is hereby ADJOURNED sine die.

SO ORDERED.

Dated: April 7, 2025
       New York, New York

                                                         Vernon S. Broderick
                                                         United States District Judge